NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN M. SPEARS,                    )
                                       )
            Appellant,                 )
v.                                     )        Case No. 2D19-160
                                       )
AMI D. SPEARS o/b/o/ P.S.,             )
                                       )
            Appellee.                  )
_____    )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Jean Marie Henne, Jean M. Henne, P.A., of
Winter Haven, for Appellant.

Nicholas C. Mohr, of Law Office of Lobb &
Mohr, Bartow, for Appellee.

PER CURIAM.

            Affirmed.

KELLY, VILLANTI, and LUCAS, JJ., Concur.